No. 01–6580.  RIOS *v.* INGLE, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 01–6584.  JACKSON *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 01–6587.  BRUNS *v.* JOHNSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 01–6598.  FITZGERALD *v.* SCHRIVER, SUPERINTENDENT, WALLKILL CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–6599.  URIARTE *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 01–6600.  NATHAN *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 01–6601.  MOORE *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 01–6603.  SPEARMAN *v.* BIRKETT, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–6608.  ARMSTRONG *v.* LOUISIANA.  Ct. App. La., 5th Cir.  Certiorari denied.

No. 01–6612.  KIMBLE *v.* MONTGOMERY COUNTY BOARD OF EDUCATION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–6616.  EVEANS *v.* ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 01–6617.  SUMLAR *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 01–6618.  MAYS *v.* NEW ENGLAND BAPTIST HOSPITAL. C. A. 1st Cir.  Certiorari denied.